JUDICIAL PANEL ON
MULTIDISTRICT
LITIGATION

OCT 24 2000

FILED
CLERK'S OFFICE

# IN THE UNITED STATES DISTRICT COURT
## FOR THE
## SOUTHERN DISTRICT OF INDIANA

MDL-1373 -- IN RE BRIDGESTONE/FIRESTONE, INC., ATX, ATX II AND WILDERNESS TIRES PRODUCTS LIABILITY LITIGATION

## CONSENT OF TRANSFEREE COURT

The United States District Court for the Southern District of Indiana hereby consents to the assignment of the actions involved in the above-described litigation to the Honorable Sarah Evans Barker for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. §1407.

_Sarah Evans Barker_
Chief Judge

Date: 10/20/00

AFTER APPROVAL, PLEASE RETURN ORIGINAL FORM TO:

Office of the Clerk
Judicial Panel on Multidistrict Litigation
Thurgood Marshall Federal Judiciary Building
One Columbus Circle, NE
Room G-255, North Lobby
Washington, D.C. 20002-8004

JUDICIAL PANEL ON
MULTIDISTRICT
LITIGATION
2000 OCT 23 A 7: 05
RECEIVED
CLERK'S OFFICE

THIS ASSIGNMENT IS CONFIDENTIAL UNTIL ORDER OF TRANSFER IS FILED BY THE PANEL

IMAGED OCT 25 '00