JUDICIAL PANEL ON
MULTIDISTRICT
LITIGATION

NOV -9 2000

FILED
CLERK'S OFFICE

---

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

FILED
OCT 13 2000
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY CLERK

WAYNE WADE, HORACE WADE, and
SHANNON PILOT, Individually and as
Heirs of DONNA WADE, RAY WADE,
and TONI WILHELM, Deceased
and their Estates,
    Plaintiffs,

v.                                    Civil No. W-00-CA-259

BRIDGESTONE/FIRESTONE, INC.
and FORD MOTOR COMPANY,
    Defendants.

## ORDER

Before the Court is the Plaintiffs' Notice of Dismissal Without Prejudice. The Court, having considered this pleading, finds that it has merit and that the requested relief should be granted.

Accordingly, it is

ORDERED that this case is DISMISSED without prejudice to refiling same.

SIGNED this 12th day of October, 2000.

_____
WALTER S. SMITH, JR.
UNITED STATES DISTRICT JUDGE

---

RECEIVED
CLERK'S OFFICE
2000 NOV -7 P 2:56
JUDICIAL PANEL ON
MULTIDISTRICT
LITIGATION

MDL- 1373
RECOMMENDED ACTION
Vacate CTO-1 - one action
Approved/Date: NOV 11/8/00

---

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

FILED
2:55 PM
OCT 06 2000
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY CLERK

WAYNE WADE, HORACE WADE,
and SHANNON PILOT, INDIVIDUALLY
AND AS HEIRS OF
OF DONNA WADE, RAY WADE,
TONI WILHELM, DECEASED,
AND THEIR ESTATES,
    Plaintiffs

vs.                                   NO. W00CA259

BRIDGESTONE / FIRESTONE, INC.
and FORD MOTOR COMPANY,
    Defendants

### PLAINTIFFS' NOTICE OF DISMISSAL WITHOUT PREJUDICE

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW Plaintiffs, WAYNE WADE, HORACE WADE, and SHANNON PILOT, Individually and as Heirs of Donna Wade, Ray Wade, Toni Wilhelm, Deceased, and their estates, and file this their Notice of Dismissal, without prejudice to refiling same, and would respectfully show unto the Court the following:

I.

Plaintiffs no longer desire to prosecute their case against Defendants in this Court.

II.

Defendants were served on September 22, 2000. However, neither Defendant has filed an answer herein prior to the time that this Notice was filed. Therefore, pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiffs herein hereby give this their Notice of Dismissal, without prejudice.

Respectfully submitted:

_____
JOSEPH H. MARTY, JR.
State Bar No. 00786201
DUNNAM & DUNNAM, L.L.P.
4125 West Waco Drive
Post Office Box 8418
Waco, Texas 76714
Telephone (254) 753-6437
Facsimile (254) 753-7434

ATTORNEYS FOR PLAINTIFFS

### CERTIFICATE OF SERVICE

The undersigned certifies that a true and correct copy of the above and foregoing instrument was served upon the following by Certified Mail this 6th day of October, 2000:

C.T. Corporation Systems
350 N. St. Paul Street
Dallas, Texas 75201
Registered Agent for Service of Process for Defendants

_____
JOSEPH H. MARTY, JR.

IMAGED NOV 13 '00