## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF RHODE ISLAND

DEBORAH RAMOS and LEONARD
RAMOS, SR., Individually and as Parents
and Next Friends of LAUREN RAMOS,
a minor

vs.                                         :   C.A. NO: 00-465 ML

FORD MOTOR COMPANY AND
BRIDGESTONE/FIRESTONE, INC.

**RECEIVED NOV 16 2000 U.S. DISTRICT COURT DISTRICT OF R.I.**

**FILED CLERK'S OFFICE NOV 17 2000**

**JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

### DISMISSAL STIPULATION

Pursuant to F.R.C.P. 41 (a)(1), the Plaintiffs hereby dismiss, without prejudice

the Complaint filed against Ford Motor Company and Bridgestone/Firestone, Inc.

_____
Paul V. Reynolds, Esq., (Bar #0966)
Boyer, Reynolds & DeMarco, Ltd.
Suite 200 - 170 Westminster Street
Providence, RI 02903
Tel: 401-861-5522

_____
Gregory L. Boyer, Esq., (Bar #3285)
Boyer, Reynolds & DeMarco, Ltd.
Suite 200 - 170 Westminster Street
Providence, RI 02903
Tel: 401-861-5522

DATED: November 10, 2000

RECEIVED CLERK'S OFFICE 2000 NOV 16 A 11: 01

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

Enter: _Mary M. Lisi_
United States District Judge

_November 14_ 20 _00_

MDL- 1373
RECOMMENDED ACTION

_Vacate CTO-1 - one action_
Approved/Date: _Crim_   _via MB_

**IMAGED NOV 20 '00**