| JUDICIAL PANEL ON |
| MULTIDISTRICT LITIGATION |
| FILED |
| Nov. 15, 2000 |
| MICHAEL J. BECK |
| CLERK OF THE PANEL |

*DOCKET NO. 1373*

*BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION*

*IN RE BRIDGESTONE/FIRESTONE, INC., ATX, ATX II AND WILDERNESS TIRES PRODUCTS LIABILITY LITIGATION*

*(SEE ATTACHED SCHEDULE)*

*CONDITIONAL TRANSFER ORDER (CTO-2)*

On October 24, 2000, the Panel transferred 62 civil actions to the United States District Court for the Southern District of Indiana for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. §1407. With the consent of that court, all such actions have been assigned to the Honorable Sarah E. Barker.

It appears that the actions listed on the attached schedule involve questions of fact which are common to the actions previously transferred to the Southern District of Indiana and assigned to Judge Barker.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 192 F.R.D. 459, 468-69 (2000), the actions on the attached schedule are hereby transferred under 28 U.S.C. §1407 to the Southern District of Indiana for the reasons stated in the order of October 24, 2000, and, with the consent of that court, assigned to the Honorable Sarah E. Barker.

This order does not become effective until it is filed in the office of the Clerk of the United States District Court for the Southern District of Indiana. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Inasmuch as no objection is pending at this time, the stay is lifted.

DEC - 1 2000

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

*Michael J. Beck*

Michael J. Beck
Clerk of the Panel

IMAGED DEC 4 '00

## SCHEDULE CTO-2 -- TAG ALONG CASES
## DOCKET NO. 1373
## IN RE BRIDGESTONE/FIRESTONE, INC., ATX, ATX II AND WILDERNESS TIRES PRODUCTS LIABILITY LITIGATION

District Div Civil Action #

ALABAMA NORTHERN
ALN   2 00-2815            Dodd, et al. v. Ford Motor Co., et al.

CALIFORNIA CENTRAL
CAC   5 00-798             Copeland v. Bridgesotne/Firestone, Inc., et al.

CALIFORNIA NORTHERN
CAN   4 00-3581            Mueller, et al. v. Ford Motor Co., et al.

FLORIDA MIDDLE
FLM   6 00-1281            Grant, et al. v. Ford Motor Co., et al.
FLM   6 00-1335            Disbrow, et al. v. Ford Motor Co., et al.

opposed  ILLINOIS SOUTHERN
~~ILS   3 00-811~~         Lexington Quality Tire & Lube, Inc. v. Bridgestone/Firestone, Inc.

NEW JERSEY
NJ    2 00-5024            Berado, et al. v. Bridgestone/Firestone, Inc., et al.

PENNSYLVANIA EASTERN
PAE   2 00-4975            Palmer v. Ford Motor Co., et al.

PUERTO RICO
PR    3 00-2277            Aymat v. Bridgesonte/Firestone, Inc., et al.

SOUTH CAROLINA
SC    2 00-3329            Brooks, et al. v. Bridgestone/Firestone, Inc., et al.

opposed  TENNESSEE WESTERN
~~TNW   2 00-2945~~        Leath, et al. v. Bridgestone/Firestone, Inc. . . . .

opposed  TEXAS SOUTHERN
~~TXS   4 00-3709~~        Hinna, et al. v. Bridgesonte/Firestone, Inc., et al.