

## __NOTICE__

**MDL-1373
PLEADING 270**

# UNDER SEAL

May 16, 2001

*Michael J. Beck*

CLERK OF THE PANEL