IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ARKANSAS
INDIANAPOLIS DIVISION

FILED
U.S. DISTRICT COURT
INDIANAPOLIS DIVISION
01 APR 27 PM 12:27
SOUTHERN DISTRICT
OF INDIANA
LAURA A. BRIGGS
CLERK

| | |
|---|---|
| BRIDGESTONE/FIRESTONE, INC. ) <br> ATX, ATX II and WILDERNESS TIRES ) <br> PRODUCTS LIABILITY LITIGATION ) <br> _____ ) <br> SHERYL H. MCKINNEY, et al, v. ) <br> BRIDGESTONE/FIRESTONE, INC., ) <br> and FORD MOTOR COMPANY ) | MDL DOCKET NO. 1373 <br> IP 00-9373-C-B/S <br><br> JUDICIAL PANEL ON <br> MULTIDISTRICT LITIGATION <br><br> JUN 21 2001 <br><br> FILED <br> CLERK'S OFFICE <br><br> IP 00-5000-C-B/S |

## STIPULATION FOR DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a), plaintiff Sheryl H. McKinney and defendant Ford Motor Company, through their respective counsel, hereby stipulate to the dismissal with prejudice of plaintiff's claims against Ford Motor Company, with each party responsible for bearing its own costs.

Richardson, Stoops, Richardson, & Ward
The Richardson Building
6555 South Lewis Avenue
Tulsa, Oklahoma 74136

By: _____
Keith Ward
Attorney for Plaintiff

MDL- 1373
RECOMMENDED ACTION
VACATE CRO -- 1 ACTION
Approved/Date: MCV 6/18/01

WRIGHT, LINDSEY & JENNINGS
200 West Capitol Avenue, Suite 2200
Little Rock, Arkansas 72201-3699
(501) 371-0808

By _____
Edwin L. Lowther, Jr. (81107)
Attorney for Ford Motor Company

248409-v1

IMAGED JUN 26 '01

INDIVIDUAL FILE



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUN 21 2001

FILED
CLERK'S OFFICE

In Re BRIDGESTONE/FIRESTONE, INC., )  Master File No. IP-00-9373-C-B/S
ATX, ATX II and WILDERNESS TIRES   )  MDL No. 1373
PRODUCTS LIABILITY LITIGATION      )
                                   )  Individual Case No. IP 00-5000-
                                   )                       C-B/S

AND

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS

SHERYL H. MCKINNEY as parent and
legal guardian of CHRISTY R. MCKINNEY,
an incapacitated individual                                    PLAINTIFF

VS.                     No. 00-2164

BRIDGESTONE/FIRESTONE, INC. and
FORD MOTOR COMPANY                                            DEFENDANTS

### STIPULATION FOR DISMISSAL

Pursuant to Fed.R.Civ.P. 41(a)(1)(ii), the parties stipulate that this matter may be dismissed with prejudice to further litigation as to Bridgestone/Firestone, Inc.

The parties further stipulate that the Court will retain jurisdiction over plaintiff and plaintiff's counsel for the purpose of resolving the competing claims to the funds deposited in accordance with the Court's order of March 16, 2001 filed under seal.

_____          _____
Gary L. Richardson, OBA No. 7547         Harris A. Phillips, OBA No. 14143
Fred E. Stoops, Sr., OBA No. 8666        Niemeyer, Alexander, Austin and Phillips
Keith Ward, OBA No. 9346                 300 North Walker
Richardson, Stoops, Richardson & Ward    Oklahoma City, Oklahoma 73102
6555 S. Lewis, Suite 200                 Telephone: 405/232-2725
Tulsa, Oklahoma 74136                    Facsimile: 405/239-7185
Telephone: 918/492-7674                  ATTORNEYS FOR DEFENDANT,
Facsimile: 918/493-1925                  BRIDGESTONE/FIRESTONE, INC.
ATTORNEYS FOR PLAINTIFF

1